UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CAROLYN FISH, on behalf of her minor child,
A.F.,
              Plaintiffs,

v.

MILLBROOK CENTRAL SCHOOL
DISTRICT; MILLBROOK CENTRAL
SCHOOL DISTRICT BOARD OF
EDUCTION; SUPERINTENDENT LAURA
MITCHELL; PRINCIPAL ERIC SEIPP; and
TEACHER SAMANTHA HOLSBORG,
              Defendants.
--------------------------------------------------------------x

**ORDER**

23 CV 1429 (VB)

      The Court has been advised that the parties have reached a settlement in principle after participating in mediation on March 11, 2024. (Doc. #44). The parties also jointly request "that the Court dispense with the usual New York State requirements for an Infant's Compromise Order as permitted by SDNY Local Civil Rule 83.2(a)(1)." (Id.)

      SDNY Local Civil Rule 83.2(a)(1) requires the Court to approve any settlement of an action by or on behalf of an infant and allows the Court to dispense with any New York State requirements "for cause shown."

      Accordingly, by April 15, 2024, the parties shall move for approval of the settlement in this case pursuant to Rule 83.2(a), at which time the Court will consider the fairness of the settlement agreement and cause for dispensing with any New York State requirements.

      The parties may file the settlement agreement under seal.

Dated: March 14, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge